≋JS 45 (5/97) - (Revised USAO MA 3/25)

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Brockton

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf.   no             Case No. 25-mj-6682-MPK
Same Defendant _____   New Defendant   yes
Magistrate Judge Case Number _____
Search Warrant Case Number   see attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☒ No

**Defendant Information:**

**Defendant Name**   Edmund Kelsey     Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

**Alias Name:** _____

**Address:** 47 Westfield Dr. Brockton MA

**Birth date (Yr only):** 1999   **SSN (last 4#):** 9285   **Sex:** M   **Race:** Black   **Nationality:** _____

**Defense Counsel if known:** Gerasimos Antzoulatos   **Address:** 1515 Hancock St., Suite 401

**Bar Number:** 676616                            Quincy, MA 02169

**U.S. Attorney Information**

**AUSA:** David Cutshall   **Bar Number if applicable:** 684891

**Interpreter:** ☐ Yes ☒ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☒ No

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:** Plymouth HOC

**Arrest Date:** 10/30/25

☐ Already in Federal Custody as of _____ in _____.
☒ Already in State Custody at   Plymouth HOC   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/3/2025   **Signature of AUSA:** *David Cutshall*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Edmund Kelsey

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) | PWID 400+ grams fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

Search Warrant Case Number Attachment

25-MJ-6341-MPK
25-MJ-6364-MPK
25-MJ-6370-MPK
25-MJ-6371-MPK
25-MJ-6388-MPK
25-MJ-6389-MPK
25-MJ-6402-MPK
25-MJ-6451-MPK
25-MJ-6452-MPK
25-MJ-6453-MPK
25-MJ-6462-MPK
25-MJ-6466-MPK
25-MJ-6592-MPK
25-MJ-6593-MPK
25-MJ-6594-MPK
25-MJ-6625-MPK
25-MJ-6626-MPK